Attachment 5

## AN OPEN LETTER TO
## WHOM IT MAY CONCERN

~~~~~~~~~~~~~~~

THIS IS AN OPEN LETTER TO ALL THOSE INDIVIDUALS WHO HAVE BEEN ASSISTING AND WORKING WITH US TO HELP AN INDIVIDUAL OBTAIN WHAT IS RIGHTFULLY HERS.

FIRST OF ALL, FOR SOME TIME I HAVE WANTED TO ADDRESS EVERYONE AND NOW WOULD SEEM TO BE THE APPROPRIATE TIME.

MAY I THANK YOU ALL VERY SINCERELY FOR EVERYTHING YOU HAVE DONE TO WORK WITH US ON WHAT HAS BEEN AN EXTREMELY ARDUOUS AND DIFFICULT PROCESS AND OF EPIC PROPORTIONS...

BUT NEVER DULL!

MANY OF YOU, I HAVE EITHER HAD THE PLEASURE OF MEETING PERSONALLY OR SPOKEN TO ON THE 'PHONE. EVERYONE ELSE I AM SURE, AND AM CONFIDENT ENOUGH TO SAY, HAS BEEN DEALT WITH BY THE FEW TRUSTED INDIVIDUALS I AM PLEASED TO CALL MY FRIENDS, AND OF WHOM I'M VERY PROUD TO HAVE WORKED WITH,

ALL OF YOU ARE OUTSTANDING AND EXEMPLARY IN EVERY WAY....AND PERHAPS THE GREATEST COMPLIMENT OF ALL...TOTALLY PROFESSIONAL!

OUR TEAM, TO ME, IS QUITE UNIQUE, BRINGING TOGETHER EXCEPTIONAL TALENTS WHILST MAINTAINING A GREAT SENSE OF HUMOR AND ABOVE ALL, THE DETERMINATION TO SUCCEED.

IT HAS BEEN SAID THAT THE TASK WE UNDERTOOK COULD ONLY HAVE BEEN ORDAINED BY A HIGHER AUTHORITY...

TO WHICH I CAN ONLY AGREE!

None of us could ever have known what was in store ahead when we began this journey, although I can really only speak for myself as a Campaign Veteran of some 11+ years!!!... But honestly, I cannot commend too highly, everyone who has joined in and made our team complete!

I am certain that no one can fully comprehend the impact your efforts will have made on many sectors of mankind, and the humanitarian knock-on effect that will ultimately be felt.

Now is the time to bring you ALL up to date to avoid speculation or wishful thinking on events that many, I know, would like to interpret as applying only to their own individual situation... But It seems that some updates have been misquoted or misunderstood and I <u>do</u> know just how easily that happens and the frustration it can cause!

So, just to clarify a few points, and to ensure that we are all on the same page, let me tell you directly the following...

At this time we have been advised that 'we are in the final stage of completion and Disbursement'...

This means that agreement has been reached as to the venue and method to be applied for the disbursement.

As the appointed administrator for disbursement 'to all persons who are due to be paid', I have already taken the necessary steps and appointed an Attorney to undertake, on my given instruction, to contact all those persons and settle the amounts due to them. The Attorney is fully briefed on these

MILES-036892

AMOUNTS AND TO WHOM THEY WILL BE PAID. HE WILL CONTACT EACH OF YOU SHORTLY AFTER DISBURSEMENT TO ME HAS TAKEN PLACE AND HE WILL ADVISE YOU ACCORDINGLY OF YOUR PAYMENT DETAIL ETC.

I MUST POINT OUT THAT DESPITE RUMOURS TO THE CONTRARY AND WILD SPECULATION FROM UNINFORMED SOURCES, THE LONG PERIOD OF TIME THAT IT HAS TAKEN TO REACH THIS POINT IS NOT DUE TO ANYONE "DRAGGING THEIR FEET" OR IS IN ANY WAY DUE TO MISAPPROPRIATION, OR ANY DELIBERATE WITHHOLDING OF ENTITLEMENTS, ETC.

THE COMPLEXITY AND ENORMITY OF THE PROJECT ITSELF IS THE MAJOR REASON FOR THE TIME TAKEN AND, ADDED TO THAT, THE VAST "POLITICAL LOG-JAM" THAT HAS ENSUED, OWING TO THE CHANGE OF VENUE REQUIRED TO ENSURE CONTINUITY FOR DISBURSEMENT. THERE HAVE BEEN SOME MINOR CONTRIBUTING FACTORS ALSO BUT THESE ARE JUST DETAILS WHICH ARE OF NO CONSEQUENCE.

FOR YOUR INFORMATION, THERE HAD TO BE SEVERAL CHANGES IN LAW TO BRING MATTERS INTO THE 21ST CENTURY AND COMPLY WITH EXISTING LEGISLATION, ALTHOUGH THESE WERE MAINLY SMALL INTEGRATIONS THEY WERE NECESSARY.

THE "POLITICAL LOG-JAM" THAT HAS BECOME PART OF THE TRANSITION FROM FEDERAL TO STATE JURISDICTION HAS NOT BEEN AN EASY ONE. THE PROCESS WAS INTRICATE AND VERY TIME-CONSUMING AND... IT HAD TO BE ACCURATE ... NO MISTAKES WOULD BE TOLERATED.

THE PROCESS REFERRED TO; AFFECTED MANY LEGAL ASPECTS OF PROBATE LAW AND GENERAL COURT PROCESSES.

IT WAS NOT ABOUT INDIVIDUAL CASES THEMSELVES, ONLY HOW THE BULK OF THOSE CASES WOULD BE DEALT WITH AND PROCEDURES DETERMINED ONCE THE TRANSITION TO THE STATE WAS CONFIRMED AND

MILES-036893

4

THE TRANSFER TO THE NEW JURISDICTION COMPLETED. MANY OF THE FEDERAL CHANGES TO STATE JURISDICTION AFFECTED SEVERAL LEGAL PROCESSES. THESE HAD TO BE DEALT WITH ACCORDINGLY AND CONTAINED, BUT IN ITSELF, THE OVERALL TIME TAKEN HAS BEEN RELATIVELY MINIMAL, CONSIDERING THE MAGNITUDE OF THE PROCESS UNDERTAKEN, ALTHOUGH I AM SURE THAT MANY WOULD DISAGREE WITH THAT STATEMENT.

JUST TO GIVE YOU AN INSIGHT OF ANOTHER FACTOR THAT HAD A MAIN EFFECT ON THE MATTER... YOU ARE PROBABLY AWARE THAT CALIFORNIA STATE EMPLOYEES HAVE BEEN SUBJECT TO SHORT-TIME HOURS AND IN SOME CASE A 2-4 DAY WORKING WEEK ONLY APPLIED. THE MAIN PERSONNEL WHO HAVE BEEN INVOLVED IN THE CLERICAL SIDE OF THE ACTUAL WORK ARE FORENSIC-ACCOUNTANT SPECIALISTS WHO RELY ON LOCAL WORKFORCE TO ASSIST THEM, THIS DID NOT HELP OUR SITUATION BECAUSE THEY ALSO HAD TO BE AVAILABLE FOR OTHER SPECIALISED CASE AS THEY AROSE IN OTHER AREAS. THIS HAS SOMETIMES MADE IT VERY DIFFICULT TO ENSURE CONTINUITY OF STAFF BEING AVAILABLE FOR ONE PARTICULAR CASE, IN ALL IT IS DIFFICULT FOR MANY TO COMPREHEND THE MAGNITUDE OF THE WORK THAT HAD TO BE DONE AND MANY PEOPLE COULD BE FORGIVEN FOR THINKING THAT LAW CASES SHOULD BE MADE SIMPLER! ... AMEN TO THAT!
IN SHORT, WE ARE JUST A SMALL PART OF A MUCH LARGER PROCESS...BUT WE HAVE MADE MUCH PROGRESS...AT THIS POINT THERE ARE NO DECISIONS LEFT TO BE MADE...WE HAVE FINALLY COME TO THE TOP OF THE LIST AND ARE STANDING IN-LINE TO BE PAID!
WE MUST ALL REMAIN PATIENT AND RESPECT THE PROCESS WE ARE IN AND <u>EVERYONE WILL BE PAID.</u>

MILES-036894

AS A GENTLE REMINDER... AS YOU ARE ALL AWARE, WE ARE RESTRICTED BY LAW NOT TO DISCLOSE OR GIVE DETAILS OF THE MAIN SUBJECT AND THIS IN ITSELF HAS MADE MATTERS EXTREMELY DIFFICULT IN COMMUNICATING WITH EVERYONE, MAINLY BECAUSE ANY INFRINGEMENT OF THE LAWS BRINGS AN AUTOMATIC HALT TO THE PROCEEDINGS AND FURTHER DELAYS WOULD BE INEVITABLE.
WE HAVE ALSO BEEN ADVISED THAT SOME INFORMATION HAS ALREADY GOTTEN OUT AND BEEN ACTED UPON BY CERTAIN INDIVIDUALS WHO DO NOT CONSIDER THEMSELVES TO BE SUBJECT TO CONFIDENTIALITY RESTRICTIONS.
AS A REMINDER, PLEASE KNOW THAT:-
EVERYONE IS SUBJECT TO THE CONFIDENTIALITY RESTRICTIONS IN PLACE!...

THIS HAS CAUSED US MUCH CONCERN, AS THESE ACTIONS AFFECT EVERYONE AND DELAYS IN THE PROCESS INEVITABLE, BUT PLEASE ALSO KNOW THAT ANYONE WHO ATTEMPTED TO ASCERTAIN INFORMATION OR TRIED TO CONFIRM DETAILS THEY'VE ACQUIRED, HAVE BREACHED THE CONFIDENTIALITY IN PLACE, THAT/THOSE SOURCE(S) HAS/HAVE ALREADY BEEN IDENTIFIED AND THEY SHOULD BE PREPARED TO FACE ANY CONSEQUENCES THAT MAY OCCUR.
IN CLOSING, I WOULD ASK YOU TO PLEASE GIVE A LITTLE THOUGHT AND CONSIDERATION TO THE MAIN REASON WE'VE ALL COME TOGETHER I.E. THE PERSON WE AGREED TO ASSIST IN MAINTAINING HER WELFARE AND MEDICAL NEEDS, DURING THIS LEGAL PROCESS. EVEN THOUGH, MERCIFULLY, SHE IS STILL HERE, SHE DOES SUFFER A LOT OF PAIN, BUT THANKFULLY WE WILL FINISH NOW AS OUTLINED HEREIN AND SHE CAN RECEIVE THE DESPERATE TREATMENT SHE BADLY NEEDS AND DESERVES TO GET ON WITH HER LIFE.
OBVIOUSLY NOT EVERYONE COULD COME INTO THIS

5

FOR COMPASSIONATE OR HUMANITARIAN REASONS, BUT AS WE DO NOT LIVE IN A PERFECT WORLD, WE ANTICIPATED THIS, AND THEREFORE DETERMINED THAT REGARDLESS OF PEOPLE'S MOTIVATION, IT WAS 'THE RIGHT THING TO DO' IN OFFERING INDUCEMENTS IN THE HOPE THAT THOSE WHO COULD ASSIST US WOULD BE HANDSOMELY REWARDED...

AGAIN, I THANK YOU MOST SINCERELY FOR YOUR PARTICIPATION AND I WISH YOU A VERY HAPPY FUTURE.

MAY YOUR GOD CONTINUE TO BLESS YOU!

SINCERELY

LAURENCE M. *[signature]*

MILES-036896